# UNITED STATES DISTRICT COURT

__NORTHERN__ DISTRICT OF __ILLINOIS, EASTERN DIVISION__

UNITED STATES OF AMERICA

v.

VON WASHINGTON

**FILED**
J:N
JUL 1 1 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CRIMINAL COMPLAINT

**MAGISTRATE JUDGE COLE**

CASE NUMBER: 08 CR 548

I, Bret Curtis, being duly sworn, state the following is true and correct to the best of my knowledge and belief. On or about __July 10, 2008__ in __Cook__ County, in the __Northern__ District of __Illinois__ defendant VON WASHINGTON did

on or about July 10, 2008, by force and violence, and by intimidation, take from the person and the presence of bank employees at the TCF Bank at 3960 West 95th Street, in Evergreen Park, Illinois, money, namely, approximately $5,192 in United States Currency, belonging to and in the care, custody, control, management, and possession, of the TCF Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

in violation of Title __18__ United States Code, Section __2113(a)__.

I further state that I am a __Special Agent with the Federal Bureau of Investigation__ and that this complaint is
Official Title

based on the following facts:

   See attached affidavit

Continued on the attached sheet and made a part hereof: _X_ Yes      ___ No

_(signed) Bret Curtis_
Signature of Complainant

Sworn to before me and subscribed in my presence,

__July 11, 2008__                                    at      __Chicago, Illinois__
Date                                                          City and State


__Jeffrey Cole, U.S. Magistrate Judge__                    _(signed) Jeffrey Cole_
Name & Title of Judicial Officer                            Signature of Judicial Officer

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Bret Curtis, being duly sworn, states the following:

1. I am a Special Agent with the Federal Bureau of Investigation ("FBI") and have been so employed for nearly four years. I am assigned to the FBI Chicago Division Field Office, South Resident Agency, Violent Crimes and Major Offenses Unit, where my duties include the investigation of various violent crimes, including bank robberies in violation of Title 18, United States Code, Section 2113(a).

2. I make this affidavit based on personal knowledge and that gained from my participation in the investigation, including my review of reports and conversations with other law enforcement officers and witnesses. I submit that there is probable cause to believe that, on or about July 10, 2008, Von WASHINGTON, by force and violence, and by intimidation, took from the person and the presence of bank employees at the TCF Bank, at 3960 West 95th Street, in Evergreen Park, Illinois, money, namely, approximately $5,192.00 in United States Currency ("USC"), belonging to and in the care, custody, control, management, and possession, of the TCF Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a). Because of the limited purpose of this affidavit, this affidavit does not include all of the information that I have acquired during this investigation.

3. On or about July 10, 2008, at approximately 10:07 a.m., a black male, later identified as WASHINGTON, robbed the TCF Bank at 3960 West 95th Street, in Evergreen Park, Illinois.

4. Video surveillance from TCF Bank shows that WASHINGTON was in the bank and wearing a long-sleeved dress shirt, dark denim jeans, a red baseball cap with an "A" on it,

and white, leather shoes. WASHINGTON appeared to be short, with chubby cheeks and a light goatee. WASHINGTON stood in line behind another bank customer for several minutes, waiting for a teller.

5.   When it was his turn, WASHINGTON approached a teller and handed the teller a five-dollar bill, asking for change. The teller provided WASHINGTON with 5 one-dollar bills. At that point, WASHINGTON told the teller words to the effect of: "Give me everything or it will be a bad day."

6.   The teller complied with WASHINGTON's demand. The teller handed the money in her drawer to WASHINGTON. The teller did not provide WASHINGTON with a dye pack or any prerecorded bills. A bank audit conducted shortly after the robbery shows that the teller handed WASHINGTON approximately $5,192 USC. WASHINGTON then walked out of the bank.

7.   At approximately 10:10 a.m., the Evergreen Park Police Department was alerted that a bank robbery had just occurred at the TCF Bank. The Evergreen Park Police were provided with a description of Washington's clothes and told that he was a short, black male.

8.   Approximately 30 minutes later, the Evergreen Park Police Department received a telephone call about a suspicious person outside of a Walgreens drug store approximately 1 mile away from the TCF Bank.

9.   Evergreen Park police officers arrived at the Walgreens and began approaching WASHINGTON. WASHINGTON was now wearing a pair of shorts and a T-shirt, with what appeared to be the same white leather shoes he wore inside the TCF Bank. When WASHINGTON saw the police officers approaching, he began to run. The Evergreen Park police officers caught WASHINGTON. The Evergreen Park police officers found

approximately $5,194 USC, along with some coins, in the pockets and waistband of WASHINGTON's shorts.

9.  Evergreen Park police officers traveled down the street from the Walgreens toward the TCF Bank. On the route, they located clothing and TCF Bank money wrappers along the way. The clothing consisted of the long-sleeved dress shirt, dark denim jeans, and red baseball cap and matched the appearance of the clothing worn by the robber in the bank video.

10. Law enforcement officers viewed the bank video and noted that WASHINGTON's appearance matched that of the robber in the bank video. Like the robber, WASHINGTON was a short, black male with chubby cheeks and a light goatee, and law enforcement observed that WASHINGTON was wearing the same white, leather shoes as the robber in the video. The victim teller and another teller were not able to positively identify WASHINGTON as the bank robber when they later saw him.

11. Based on the foregoing, I believe there is probable cause to believe that, on or about July 10, 2008, WASHINGTON, by force and violence, and by intimidation, took from the

person and the presence of bank employees at the TCF Bank, at 3960 95th Street, in Evergreen Park, Illinois, money, namely approximately $5,192 USC, belonging to and in the care, custody, control, management, and possession, of the TCF Bank, the deposits of which were then insured by the Federal Deposit Insurance Corporation, in violation of Title 18, United States Code, Section 2113(a).

FURTHER AFFIANT SAYETH NOT

_____
BRET CURTIS, Special Agent
Federal Bureau of Investigation

Sworn and subscribed before me on this 11th day of JULY, 2008.

_____
JEFFREY COLE
United States Magistrate Judge