## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 548 - 1 | **DATE** | 7/11/2008 |
| **CASE TITLE** | United States of America vs. Von Washington | | |

**DOCKET ENTRY TEXT**

Initial appearance proceedings held. Defendant Von Washington appears in response to arrest on 7/11/08. Paul Flynn is appointed as counsel for defendant. Defendant informed of the charges against him and the maximum penalty, his right to remain silent, his right to represent himself, his right to hire his own attorney, his right to appointed counsel and his right to a preliminary hearing. Government seeks detention. Bond hearing is set for Tuesday, July 15, 2008 at 2:30 p.m. at which time a preliminary examination hearing shall be set. Defendant shall be detained until further order of court.

Docketing to mail notices.

00:15

| | Courtroom Deputy Initials: | CDH |
|---|---|---|