# FINANCIAL AFFIDAVIT

**CJA 23**
(Rev. 5/98)

**IN SUPPORT OF REQUEST FOR ATTORNEY, EXPERT OR OTHER COURT SERVICES WITHOUT PAYMENT OF FEE**

| IN UNITED STATES | ☐ MAGISTRATE | ☐ DISTRICT | ☐ APPEALS COURT or | ☐ OTHER PANEL (Specify below) |
|---|---|---|---|---|

IN THE CASE OF

U.S.A    vs.    Von Washington

FOR

AT

LOCATION NUMBER

**FILED**

JUL 11 2008

MAGISTRATE JUDGE JEFFREY COLE
UNITED STATES DISTRICT COURT

PERSON REPRESENTED (Show your full name)

CHARGE/OFFENSE (describe...)

DOCKET NUMBERS

Magistrate

District Court
08 CR 548

Court of Appeals

| | |
|---|---|
| 1 ☐ Defendant – Adult | |
| 2 ☐ Defendant – Juvenile | |
| 3 ☐ Appellant | |
| 4 ☐ Probation Violator | |
| 5 ☐ Parole Violator | |
| 6 ☐ Habeas Petitioner | |
| 7 ☐ 2255 Petitioner | |
| 8 ☐ Material Witness | |
| 9 ☐ Other (Specify) | |

## ANSWERS TO QUESTIONS REGARDING ABILITY TO PAY

**ASSETS**

**EMPLOYMENT**

Are you now employed? ☑ Yes    ☐ No    ☐ Am Self Employed

Name and address of employer: Atlantic Press

IF YES, how much do you earn per month? $ 3,000.00

IF NO, give month and year of last employment
How much did you earn per month? $ _____

If married is your Spouse employed? N/A    ☐ Yes    ☐ No

IF YES, how much does your Spouse earn per month? $ _____

If a minor under age 21, what is your Parents or Guardian's approximate monthly income? $ _____

**OTHER INCOME**

Have you received within the past 12 months any income from a business, profession or other form of self-employment, or in the form of rent payments, interest, dividends, retirement or annuity payments, or other sources? ☐ Yes ☑ No

IF YES, GIVE THE AMOUNT RECEIVED & IDENTIFY THE SOURCES

RECEIVED $ _____

SOURCES _____

**CASH**

Have you any cash on hand or money in savings or checking account ☐ Yes ☑ No    IF YES, state total amount $ _____

**PROPERTY**

Do you own any real estate, stocks, bonds, notes, automobiles, or other valuable property (excluding ordinary household furnishings and clothing)? ☐ Yes ☑ No

IF YES, GIVE THE VALUE AND DESCRIBE IT

VALUE $ _____

DESCRIPTION _____

**OBLIGATIONS & DEBTS**

**DEPENDENTS**

MARITAL STATUS
☑ SINGLE
☐ MARRIED
☐ WIDOWED
☐ SEPARATED OR DIVORCED

Total No. of Dependents: 2

List persons you actually support and your relationship to them: 1

**DEBTS & MONTHLY BILLS**
(LIST ALL CREDITORS, INCLUDING BANKS, LOAN COMPANIES, CHARGE ACCOUNTS, ETC.)

| APARTMENT OR HOME: Creditors | Total Debt | Monthly Payt. |
|---|---|---|
| Rent | $ _____ | $ 500 |
| Utilities | $ _____ | $ 400 |
| | $ _____ | $ _____ |
| | $ _____ | $ _____ |

certify under penalty of perjury that the foregoing is true and correct. Executed on (date) _____

SIGNATURE OF DEFENDANT
(OR PERSON REPRESENTED)    x Von Washington