## United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Jeffrey Cole | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 548 - 1 | **DATE** | 7/15/2008 |
| **CASE TITLE** | USA vs. Von Washington | | |

**DOCKET ENTRY TEXT**

Bond hearing held. Defendant waives detention hearing without prejudice. Defendant ordered detained until further order of court. Preliminary examination hearing held. Enter a finding of probable cause; order defendant bound to the District Court for further proceedings.

Docketing to mail notices.

00:30

| | Courtroom Deputy Initials: | CDH |
|---|---|---|