IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | No. 08 CR 548 |
| | ) | |
| v. | ) | Violation: Title 18, United States |
| | ) | Code, Section 2113(a). |
| VAUGHN WASHINGTON, also known | ) | |
| as VON WASHINGTON | ) | |

**JUDGE RONALD GUZMAN**

**MAGISTRATE JUDGE COLE**

**FILED**
AUG 0 7 2008
AUG 07 2008
MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

## COUNT ONE

The SPECIAL JUNE 2007 GRAND JURY charges:

On or about July 10, 2008, at Evergreen Park, in the Northern District of Illinois, Eastern Division,

> VAUGHN WASHINGTON, also known as
> VON WASHINGTON

defendant herein, by intimidation, took from the person and presence of a bank employee approximately $5,192 in United States Currency belonging to and in the care, custody, control, management, and possession, of the TCF Bank located at 3960 West 95th Street, in Evergreen Park, Illinois, the deposits of which were then insured by the Federal Deposit Insurance Corporation;

In violation of Title 18, United States Code, Section 2113(a).

## FORFEITURE ALLEGATION

The SPECIAL JUNE 2007 GRAND JURY further charges:

1. The allegation of Count One of this Indictment is realleged and incorporated here by reference as if fully restated herein for the purpose of alleging forfeiture to Title 18, United States Code, Sections 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c).

2. As a result of the violations of Title 18, United States Code, Section 2113, as alleged in this Indictment,

> VAUGHN WASHINGTON, also known as
> VON WASHINGTON

defendant herein, has subjected to forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), the following property and interests:

    a. All property constituting, and derived from, and traceable to, proceeds obtained, directly or indirectly, as a result of the defendant's violation of Title 18, United States Code, Section 2113.

    b. All property that is used to facilitate, and is intended to be used to facilitate the commission of the defendant's violation of Title 18, United States Code, Section 2113.

3. The interests of the defendant subject to forfeiture to the United States, pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c), include, but are not limited to, approximately $5,192 in United States Currency.

4. If any of the property or funds described above as a result of any act or omission of the defendant:

    a.    Cannot be located upon the exercise of due diligence;

    b.    Has been transferred or sold to, or deposited with, a third party;

    c.    Has been placed beyond the jurisdiction of the court;

    d.    Has been substantially diminished in value; or

    e.    Has been commingled with other property which cannot be subdivided without difficulty;

It is the intent of the United States, pursuant to provisions of Title 21, United States Code 853(p) to seek forfeiture of substitute property belonging to the defendant;

All pursuant to Title 18, United States Code, Section 981(a)(1)(C), as incorporated by Title 28, United States Code, Section 2461(c).

A TRUE BILL:

_____
FOREPERSON

_____
UNITED STATES ATTORNEY

3