# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Ronald A. Guzman | Sitting Judge if Other than Assigned Judge | Michael T. Mason |
|---|---|---|---|
| **CASE NUMBER** | 08 CR 548 - 1 | **DATE** | 8/14/2008 |
| **CASE TITLE** | USA vs. Vaughn Washington | | |

**DOCKET ENTRY TEXT**

Arraignment and plea held on 8/14/08.  Defendant waives formal reading of Indictment and  enters a plea of not guilty to all counts of the Indictment.  Rule 16.1(a) Conference to be held by 8/21/008. Pretrial motions to be filed by 8/28/08. Response to be filed by 9/4/08.  Status hearing set before Judge Guzman for 9/10/08 at 10:30 a.m.  Enter excludable time from 8/14/08 to and including 9/10/08 pursuant to 18 USC § 3161 (h)(1)(F) (X-E).

Docketing to mail notices.
*Copy to judge/magistrate judge.

00:10

| | Courtroom Deputy Initials: | rbf |
|---|---|---|